Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

HARRIET ROMAINE, Respondent, v. IONA B. JOHNSON et al., Appellants.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.